NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fox v. Lee _____ Docket No.: 22-2916 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Dustin Brockner _____

Firm: New York State Office of the Attorney General _____

Address: The Capitol, Albany, NY 12224 _____

Telephone: (518) 776-2017 _____ Fax: _____

E-mail: dustin.brockner@ag.ny.gov _____

Appearance for: Officer Santiago Cruz/defendant-appellee (see additional sheet for additional defendants)

(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara D. Underwood _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )

(name/firm)

☐ Additional counsel (co-counsel with: _____ )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Dustin Brockner _____

Type or Print Name: Dustin Brockner _____

**Appearance for defendants:**

Superintendent William A. Lee, Eastern New York Correctional Facility

Lieutenant Edward Madison, Eastern New York Correctional Facility

Sergeant Duncan Bey, Eastern New York Correctional Facility

Officer William Kozak, Eastern New York Correctional Facility

Officer Jason Waugh, Eastern New York Correctional Facility

Sergeant Jason Connor, Eastern New York Correctional Facility

Captain William Webbe, Eastern New York Correctional Facility

Anthony Russo, Correction Deputy Superintendent Security, Eastern New York Correctional Facility

Lieutenant Karl Simmons, Eastern New York Correctional Facility

Rosemarie Wendland, Correction Deputy Superintendent Administration, Eastern New York Correctional Facility

Officer Stuart Miller, Eastern New York Correctional Facility

Deputy Kenneth Calao, Eastern New York Correctional Facility

C. Jennings, Correction Steward, Eastern NY Correctional Facility

Diane Labatte, Correction Steward, Eastern New York Correctional Facility

Anthony J. Annucci, Department of Corrections and Community Supervision Commissioner

Officer Richard Henry, Eastern New York Correctional Facility

Officer Robert O. Williamson, Eastern New York Correctional Facility

Lieutenant Patrick Sullivan, Eastern New York Correctional Facility

Sergeant Tony Vanacore, Eastern New York Correctional Facility

Sergeant Paul Barg, Eastern New York Correctional Facility



STATE OF NEW YORK
OFFICE OF THE ATTORNEY
GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

## CERTIFICATE OF SERVICE

I hereby certify, on November 23, 2023, I served or caused to be served one copy of the accompanying Notice of Appearance by United States Postal Service first class mail upon the following named person(s) at the address provided in the course of these proceedings:

Javell Fox
Walkill Correctional Facility
Box G, Route 208
Wallkill, NY 12589

/s/ Dustin J. Brockner