**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: January 25, 2023<br>Docket #: 22-2916pr<br>Short Title: Fox v. Lee | DC Docket #: 15-cv-390<br>DC Court: NDNY (SYRACUSE)<br>DC Judge: McAvoy<br>DC Judge: Lovric |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8626.