**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Fox v. Lee    Docket No.: 22-2916

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alexandria Twinem

Firm: New York State Office of the Attorney General

Address: The Capitol, Albany, NY 12224

Telephone: 518-776-2042    Fax:

E-mail: alexandria.twinem@ag.ny.gov

Appearance for: Appellee Santiago Cruz
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Dustin Brockner )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Alexandria Twinem

Type or Print Name: Alexandria Twinem

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF ALBANY )

_William Sportman_, being duly sworn, deposes and says:

I am over eighteen years of age and an employee in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for Appellee(s) herein.

On the 15th day of March, 2023, I served a copy of the annexed **Notice of Appearance** upon the party named below by email and by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a letter box of the Capitol Station Post Office in the City of Albany, New York, a depository under the exclusive care and custody of the United States Post Office Department, directed to the said party at the address within the State and respectively designated by said party for that purpose as follows:

Javell Fox
12-B-1626
Wallkill Correctional Facility
Box G, Route 208
Wallkill, NY 12589

Sworn to before me this
15th day of March, 2023.

_Cristal R. Gazelone_
NOTARY PUBLIC

CRISTAL R. GAZELONE
Notary Public, State of New York
Reg. No. 01GA6466001
Qualified in Rensselaer County
Commission Expires April 2, 2024