

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

Telephone (518) 776-2046

June 5, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the
 Second Circuit
40 Foley Square
New York, New York 10007

    Re: *Fox v. Lee,* No. 22-2916

Dear Ms. Wolfe:

    This Office represents the twenty-one of the twenty-five state defendants named in this matter. The twenty-one defendants we represent were served with summonses and appeared in the proceedings below. Contrary to the Second Circuit's current caption, all of these twenty-one defendants are "defendants-appellees" to the appeal now before the Court and should be designated as such in the case caption.

    Plaintiff Javell Fox's civil rights action under 42 U.S.C. § 1983 ultimately named as defendants a total of twenty-five officials and employees of the New York State Department of Corrections and Community Supervision. Four of these defendants—Governor Andrew Cuomo, Sergeant Lified, Sergeant Bradley and Officer Schadel—were dismissed sua sponte by the district court, which therefore never authorized issuance of summonses, *see* Fed. R. Civ. Proc. 4. As a result, neither the State, nor its agencies, officials, or employees, were served in accordance with federal rules. Personal jurisdiction over these four defendants was thus lacking in the district court, a defect this Office

Page 2

cannot cure because it lacks authority to waive proper service on a state defendant. Further, because these four defendants never requested representation by this Office, we also lack authority to represent them, and they are not parties to the appeal. They are therefore correctly identified in the case caption as "defendants."

However, the remaining twenty-one defendants named in this matter were served with summonses, requested representation by our Office, and appeared in proceedings in the district court. On March 25, 2019, the district court granted summary judgment to twenty of these defendants and terminated them as parties. As to the remaining defendant, Officer Santiago Cruz, the district court granted summary judgment only in part; remaining claims against Officer Cruz proceeded to trial, a jury verdict was rendered in plaintiff's favor, and final judgment was entered on that verdict. Plaintiff appealed from that judgment. Although his notice of appeal did not reference the district court's earlier summary judgment, his appeal from the final judgment brings that summary judgment up for review. Indeed, plaintiff's opening brief to the Court on his appeal focuses primarily on challenges to that summary judgment. Accordingly, all of the twenty-one defendants who appeared below are parties to this appeal, and thus should be designated as "defendants-appellees" in the Court's case caption. These parties are:

- Santiago Cruz
- William A. Lee
- Edward Madison
- Duncan Bey
- William Kozak
- Jason Waugh
- Jason Connor
- William Webbe
- Anthony Russo
- Karl Simmons
- Rosemarie Wendland
- Stuart Miller

Page 3

- Kenneth Calao
- C. Jennings
- Diane Labatte
- Anthony J. Annucci
- Richard Henry
- Robert O. Williamson
- Patrick Sullivan
- Tony Vanacore
- Paul Barg

Additionally, we have confirmed that, as of this writing, plaintiff is located at the Orleans Correctional Facility at 3531 Gaines Basin Road, in Albion, New York 14411. We see that the Court has correctly noted this change of address on the docket.

Thank you for prompt attention to these matters.

Respectfully submitted,

LETITIA JAMES
  *Attorney General*
  *State of New York*
BARBARA D. UNDERWOOD
  *Solicitor General*

_____/s/_____
ANDREA OSER
  *Deputy Solicitor General*

cc: Javell Fox (by regular mail)
12-B-1626
Orleans Correctional Facility
35-31 Gaines Basin Road
Albion, NY 14411-9199